**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| RANDY BENTON, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | No. 1:05-cv-1210-SEB-VSS |
| | ) | |
| STANLEY KNIGHT, | ) | |
| | ) | |
| Respondent. | ) | |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Date: ___11/30/2005___

Copies to:

Randy Benton
DOC #856116
Pendleton Correctional Facility
P.O. Box 30
Pendleton, IN 46064

Office of the Indiana Attorney General
Indiana Government Center South, Fifth Floor
402 West Washington Street
Indianapolis, IN 46204-2770